IN THE UNITED STATES DISTRICT COURT
for the Middle District of Pennsylvania

Frederick Banks, on American Indian
Petitioner/Plaintiff

v.

Hilary Rodham Clinton; Timothy F. Geithner;
Robert M. Gates; Eric H. Holder Jr.; Kenneth L.
Salazar; Thomas J. Vilsack; Gary F. Locke;
Hilda L. Solis; Kathleen Sebelius; Shaun L.S.
Donovan; Raymond L. LaHood; Steven Chu;
Arne Duncan; Eric K. Shinseki; Janet A.
Napolitano; Austan Goolsbee; Nancy Sutley;
Cameron Moody; Director, Office of Management
and Budget; R. Gil Kerlikowske; John Holdren;
Ronald Kirk; Nancy-Ann E. DeParle; Jeffrey C.
Kuhlman; James R. Clapper; Rahm I. Emanuel;
James A. Messina; Mona K. Sutphen; Robert F.
Bauer; Robert L. Gibbs; Thomas E. Donilon;
Elizabeth M. Brown; Howard O. Pfeiffer; Melody
C. Barnes; Lawrence H. Summers; John O.
Brennan; Phillip M. Schilliro; James L. Jones;
Nancy D Hogan; Jonathan E. Favreau; Ronald
A. Klain; Julianna S. Smoot; Susan S. Sher;
Catherine M. Lelyveld ; Intl Boundary and
Water Commission; Intl Information Programs;
Intl. Narcotics and Law Enforcement Affairs;
Intl. Organization Affairs; Population, Refugees,
and Migration; Department of the Treasury, Alcohol
and Tobacco Tax and Trade Bureau; Bureau of
Engraving and Printing; Bureau of The Public Debt;
Financial Crimes Enforcement Network; Financial
Management Service; Internal Revenue Service;
Department of Defense; Dod Advanced Research
Projects Agency; Dod Intelligence Agency; Dod
Security Cooperation Agency; Dod
Natl. Geospatial. Intelligence Agency; Missile Def. Agency;
Security Agency/Central Security Service; Department
of Justice; Bureau of Alcohol, Tobacco, Firearms,
and Explosives; Bureau of Prisons; Drug Enforcement
Admin; Executive Office for Immigration Review;
Federal Bureau of Investigation; Natl. Central
Bureau of Interpol; U.S. Marshals Service; U.S.
Parole Commission; Bureau of Indian Affairs;
Bureau of Land Management; Bureau of Ocean
Energy Management; Bureau of Reclamation;
National Park Service; Fish and Wildlife Service;
Department of Agriculture; Agricultural Research
Service; Economic Research Service; Food and Nutrition
Service; Food Safety and Inspection Service; Foreign
Agricultural Service; Forest Service; Natl Agricultural

1:12-CV-496

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF PA

2012 MAR -9 AM 9: 44

JAMES W. HOOSTER, CLERK

BY:_____
                    DEP. CLERK

FILED
HARRISBURG, PA

MAR 2 0 2012

MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

Statistics Service, Natural Resources Conservation Service; Department of Commerce; Bureau of the Census; Bureau of Economic Analysis; Minority Business Development Agency; National Institute of Standards and Technology; National Oceanic and Atmospheric Admin; National Technical Information Service; National Telecommunications and Information Admin; Department of Labor; Bureau of Labor Statistics; Job Corps; Mine Safety and Health Admin; Office of Federal Contract Compliance Programs; Office of Labor-Management Standards; Office of Workers Compensation Programs; Department of Health and Human Services; Agency for Healthcare Research and Quality; Centers for Disease Control and Prevention; Centers for Medicare and Medicaid Services; Food and Drug Admin; Health Resources and Services Admin; National Institutes of Health; Surgeon General; Department of Housing and Urban Development; Fannie Mae; Federal Housing Administration; Freddie Mac; Ginnie Mae; Department of Transportation; Federal Aviation Admin; Federal Highway Admin; Federal Transit Admin; Federal Railroad Admin; Maritime Admin; National Highway Traffic Safety Admin; Research and Innovative Technology Admin; Department of Energy; Energy Information Admin; Federal Energy Regulatory Commission; National Nuclear Security Admin; Office of Scientific and Technical Information; Department of Education; Department of Veterans Affairs; Department of Homeland Security; Federal Emergency Management Agency; Immigration and Customs Enforcement; Transportation Security Admin; African Development Foundation; AmTRAK; Broadcasting Board of Governors; Central Intelligence Agency; Commission on Civil Rights; Commodity Futures Trading Commission; Consumer Product Safety Commission; Corporation for National and Community Service; Court Services and Offender Supervision Agency for the District of Columbia; Defense Nuclear Facilities Safety Board; Election Assurance Commission; Environmental Protection Agency; Equal Employment opportunity Commission; Export-Import Bank of the United States; Farm Credit Administration; Federal Communications Commission; Federal Deposit Insurance Corporation; Federal Election Commission; Federal Housing Finance Agency; Federal Labor Relations Authority; Federal Maritime Commission; Federal Mediation and Conciliation Service; Federal Mine Safety and Health Review Commission; Federal Reserve System; Federal Retirement Thrift Investment Board; Federal Trade Commission; General Services Administration; Institute of Museum and Library Services; Inter-American Foundation; Merit Systems Protection Board; National Aeronautics and Space Administration;

JURY Trial Demanded

National Archives and Records Administration, National Capital Planning Commission; National Council on Disability; National Credit Union Admin; National Endowment for the Arts; National Endowment for the Humanities; National Indian Gaming Commission; National Labor Relations Board; National Mediation Board; National Science Foundation; National Transportation Safety Board; Nuclear Regulatory Commission; Nuclear Waste Technical Review Board; Occupational Safety and Health Review Commission; Office of Government Ethics; Office of Personnel Management; Office of Special Counsel; Overseas Private Investment Corporation; Peace Corps; Pension Benefit Guaranty Corporation; Postal Regulatory Commission; Railroad Retirement Board; Securities and Exchange Commission; Selective Service System; Small Business Administration; Social Security Administration; Tennessee Valley Authority; US Agency for International Development; US International Trade Commission; US Postal Service; US Trade and Development Agency.

Jeff Sessions; Richard Shelby; Mark Begich; Joe Miller; Jon Kyl; John McCain; Mark Pryor; John Boozman; Dianne Feinstein; Barbara Boxer; Mark Udall; Michael F. Bennet; Joseph Lieberman; Richard Blumenthal; Thomas R. Carper; Christopher Coons; Bill Nelson; Marco Rubio; Saxby Chambliss; Johnny Isakson; Daniel K. Akaka; Daniel K. Inouye; Jim Risch; Mike Crapo; John Ensign; Harry Reid; Jeanne Shaheen; Kelly Ayotte; Robert Menendez; Frank Lautenberg; Jeff Bingaman; Tom Udall; Kirsten E. Gillibrand; Charles E. Schumer; Kay Hagan; Richard Burr; Kent Conrad; John Hoeven; Sherrod Brown; Rob Portman; James M. Inhofe; Tom Coburn; Jeff Merkley; Ron Wyden; Bob Casey Jr.; Pat Toomey; Sheldon Whitehouse; John F. Reed; Lindsey Graham; Jim DeMint; Tim Johnson; John Thune; Bob Corker; Lamar Alexander; Kay Bailey Hutchison; John Cornyn; Orrin G. Hatch; Mike Lee; Bernard Sanders; Patrick Leahy; James H. Webb; Mark Warner; Maria Cantwell; Patty Murray; Joe Manchin; John D. Rockefeller; Herb Kohl; Ron Johnson; John Barrasso; Michael B. Enzi; Rick Crawford; Tim Griffin; Steve Womack; Mike Ross;

Robert A. Brady, Chaka Fattah,
Mike Kelly, Jason Altmire, Glenn
Thompson, Jim Gerlach, Patrick Meehan,
Michael G. Fitzpatrick, Bill Shuster, Thomas
A. Marino, Lou Barletta, Mark Critz, Allyson
Schwartz, Mike Doyle, Charles Dent, Joseph
Pitts, Tim Holden, Tim Murphy, Todd Platts,
Robert Bentley, Sean Parnell, Jan Brewer,
Mike Beebe, Jerry Brown, John Hickenlooper,
Dan Malloy, Jack A. Markell, Rick Scott, Nathan
Deal, Neil Abercrombie, C.L. Otter, Pat Quinn,
Mitch E. Daniels Jr., Terry Branstad, Sam Brownback,
Steven L. Beshear, Bobby Jindal, Paul Lepage,
Martin O'Malley, Deval Patrick, Rick Snyder,
Mark Dayton, Haley Barbour, Jay Nixon, Brian
Schweitzer, David Heineman, Brian Sandoval, John H.
Lynch, Chris Chrutie, Susana Martinez, Andrew
Cuomo, Beverly Purdue, John Hoeven, John Kasich,
Mary Fallin, Chris Dudley, Tom Corbett, Lincoln
Chafee, Nikki Haley, Dennis Daugaard, Bill
Haslam, Rick Perry, Gary R. Herbert, Peter
Shumlin, Bob McDonnell, Christine Gregoire,
Joe Manchin III, Scott Walker, Matt Mead,
Luis Fortuno, H+R, Abbott Laboratories,
Advance Publications, Aetna, Aflac, Alaska Air
Group, Alberto Culver Co, Alcatel-Lucent, Alcon,
Allegheny Technologies, Allstate Corp, Altria Group,
Amazon.com, American Electric Power Co, American
Express Co, American Greetings Corp, American Intl
Group, American Standard Brands, Amr Corp,
Anheuser-Busch InBev, Apple Inc, ARAMARK,
Arcelor Mittal USA, Archer Daniels Midland Co,
Armstrong World Industries Inc, Bertelsmann AG,
Best Buy Co, Inc, Blackstone Group LP, Blockbuster,
Boeing Co, The Brinks Co, Bristol-Myers Squibb Co,
Brown-Forman Corp, Brown Shoe Co, Brunswick Corp,
Burger King Holdings Inc, Cablevision Systems Corp,
Cambell Soup Co, Caker Miller Inc, CBJ Corp, Chevron
Corp, Chiquitta Brands International Inc, Church+
Dwight Co, CIGNA, Cintas, Cisco Systems, Citigroup,
Clear Channel Communications, Clorox, Coca-Cola,
Colgate-Palmolive Co, Collective Brands Inc, Comcast
Corp, Compaq, Systemmax, Computer Sciences Corp,
ConAgra Foods, Conocophillips, Consolidated Edison,
Continental Airlines, Corning Inc, Costco Wholesale,
Bank of America, Crane Co., A.T. Cross Co,
Crown Holdings, CSX Corp, CVS Caremark, Dana
Holding Corp, Darden Restaurants, Dean Foods, Deere + Co,

Dell Inc; Delphi Corp,
Delphi Corp; Delta Air lines; Dial Corp;
Diebold Inc; Dillards Inc; Walt Disney Co;
Doctor's Associates Inc; Dole Food Co Inc;
R. R. Donnelley & Sons Co; Dow Chemical
Co; Dow Jones & Co; Dr. pepper Snapple Group;
Duke Energy; Dun & Bradstreet; E. I. du pont de
Nemours & Co; Eastman Kodak Co; Eaton Corp;
eBay Inc; Edison Intl; Electronic Arts; Hewlett
Packard Co; Eli Lily and Co; El Paso Corp; EMC Corp
EMC Corp; Emerson Electric Co; Energizer Holdings
Inc; Estée Lauder Cos Inc; Exelon Corp; Exxon
Mobil Corp; Federal Home Loan Mortgage Corp;
Federal National Mortgage Association; Fedex Corp;
First Data Corp; First Energy Corp; Fleetwood
Enterprises; Fluor Corp; Foot Locker; Ford Motor;
Fortune Brands; Garnett Co; Gap; Gateway;
General Dynamics; General Electric; General Mills;
General Motors; Genuine Parts Co; Goldman Sachs
Group; Goodyear Tire & Rubber Co; Google;
W. R. Grace & Co; Great Atlantic & Pacific Tea Co;
Halliburton Co; Hanesbrand Inc; Harley-Davidson;
Harrah's Entertainment; Hartford Financial
Services Group; Hasbro; HCA; Health Net;
Heinz; Hess; Gloria; Hilton; Holly; Hillenbrand;
Hillen Dow Holdings; Home Depot; Home depot;
Home Well Distributing; Foods Corp; Houghton
Mifflin Harcourt Publishing; Harrahs; Humana;
INC; Intercactive Corp; Illinois Tool Works;
Ingersoll-Rand plc; Intel Corp; International
Business Machines Corp; International Paper;
International Textile Group; Interstate Bakeries;
J.C. Penney; J. Crew Group; Jabil; Jarden;
JetBlue Airways; Johnson Controls; Johnson
J&J; Johnson & Son; Joy Global; JPMorgan Chase
& Co; KBR; Kellogg Co; Kellys Foods; Kimberly-Clark;
Kmart; Koch Industries; Kohl; Kraft Foods; Lands
End; Lear; Lehman Bros Holdings; Levi
Strauss & Co; Lockheed; Liz Claiborne; Haliburton Co;
Cerdian Grants Inc; McKane Gilbert; Lockheed Martin;
Lowes; Macy; Marriott; Masters; Mattel;
McDonald's; McGraw Hill; McKesson; MedTronic;
Mercks; Merrill Lynch; Merck; MetLife; Microsoft;
Morgan Stanley; Motorola; National; Newell; NIKE;
Nordstrom; Northrop; Novell; Oracle; Office Depot;
PepsiCo; Pfizer; PG&E;

5 of 8

[illegible]
Dallas Morning News [illegible]
[illegible]
[illegible] Union Tribune
Miami Herald; San Jose Mercury News; Orlando [illegible]
[illegible] Kansas City Star [illegible]
St. Louis Post-Dispatch; Orange County Register [illegible]
[illegible] Journal-Constitution; Tampa Tribune
[illegible] Star [illegible]
Milwaukee Journal Sentinel [illegible]
[illegible]
Post [illegible]
[illegible] Journal [illegible]
[illegible] Times; Arizona [illegible]
[illegible]
[illegible]
[illegible] Virginian-Pilot [illegible]
[illegible]
[illegible] The
[illegible]
[illegible]
[illegible]

[illegible]

; T. Hutchinson,
Correctional officer; Counselor Hull; TC. outlaw, warden;
Dr. Cuclio, psychiatrist; Federal Bureau of prisons; Regional Director Muldmaldo; Bop Director Charles Samuels
Respondents/Defendants

Complaint; and Petition for a writ of Mandamus

Plaintiff/petitioner Frederick Banks, an American Indian ("Banks") files the foregoing Complaint and Mandamus petition and represents as follows;

1. On or about 3/2/12 Co T. Hutchinson at FCC Forrest City (Low) approach Banks to do a "Terry Pat" down search while he was exiting the food service department.

2. Hutchinson said "Hey guy" (this has been typical conduct at this prison. Inmates have name tags on their coats and as such there is no reason not to address an Inmate by name)

3. Hutchinson patted down Banks' pockets and person. Never did she indicate any feeling of any weapon yet she still ordered Banks to empty his pockets. Banks did not give consent for the search. Banks did not give consent to empty his pockets. Banks did when Hutchinson found nothing she chatized Banks. Hutchinson violated the Fourth Amendment by ordering Banks to empty his pockets without his consent and continuing the search before and after the search because there was no probable cause for the search before or after the pockets were emptied. As such Banks is entitled to damages pursuant to US Const. Amend <u>IV</u> in the amount of $50,000.00. Additionally since Hutchinson executed The search without probable cause she acted arbitrarily and capriciously in violation of 28 CFR and The Administrative Procedures Act and damages against the Bop is appropriate in an amount exceeding $1,000.

4. During February and March of 2012 Dr. Cuclio at FCC Forrest City by Video Conference/Teleconference purposely, intentionally, and willfully falsified a Psychiatric evaluation and as a result proscribed with intent to damage Banks. a Psychotropic medication called Risperdone. As a result of Banks being Proscribed this medication he passed out and Banged his head on the concrete bathroom floor in Unit HB at FCC Forrest City. Inmate Reed witnessed the entire incident. Banks was never given any treatment for his head injury. Cuclio should be indicted and arrested pursuant to the Treaty of Ft. Laramie, 15 Stat 635 (1868) and damages should be paid to Banks by both Cuclio personally and the United States pursuant to 15 Stat 635 and the 8th Amendment in the amount of $1,000,000.00. Cuclio is a "Bad man" under the Treaty who harmed and Indian, Banks an American Indian.    7 OF 8

5. Counselor Hull, Regional Director Maldonado, Warden T.C. Outlaw and the other defendants personally participated in obstructing the administrative remedy process in comparison litigation and the instant litigation. These defendants failed to deliver to Banks and process administrative remedies he filed on these issues, attempting to get his Psychiatric medical records (BP8), a Bp 10 reply concerning a Co Yelling in his ear and other BP8's including remedies against Culcleo for her blatant disregard for the law and falsification of Agency Records. As a result not only has Banks excused all available remedies for this and other actions he is damaged in this action for defendants conduct. All in violation of the Fifth, First Amendments. damages are appropriate exceeding $25,000.00 along with mandamus relief ordering defendants to immediately deliver up the remedies.

6.  All other defendants should be ordered to investigate the issues herein.

7.  Banks has an indisputable right to relief.
    WHere fore damages should be awarded in the amount of $2,000,000.00 along with punitive damages for plaintiff and against defendants along with all other requested and warranted relief including costs, interest and fees, a hearing should be held, and a Jury Trial.
    Executed this 2nd day of March, 2012 under the penalty for perjury. 28 USC 1746.

Respectfully Submitted,

Frederick Banks
#05711-068
Po Box 9000
Forrest City, Ark 72336
PLAINTIFF

Fredrick Banks
05711-068
Federal Correctional Complex
PO Box 9000
Forest city, AR
72336

special mail

◇◇ 05711-068 ◇◇
Mary DAndrea
Clerk US Dist Court
PO Box 983
Harrisburg, PA 17108-0983
United States



RECEIVED
HARRISBURG, PA
MAR 20 2012
MARY E. DANDREA, CLERK
Per _____