
## All Transactions



| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 05711068 | | Current Institution: | Forrest City - FCC |
| Inmate Name: | BANKS, FREDERICK | | Housing Unit: | FOR-H-B |
| Report Date: | 02/02/2012 | | Living Quarters: | H06-121L |
| Report Time: | 9:19:33 AM | | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 2/1/2012 6:13:12 AM | TRUL Withdrawal | ($5.00) | TL0201 | | $9.29 |
| 2/1/2012 12:10:53 AM | PLRA Payment | ($5.23) | FCAAD043 | 2123 | $14.29 |
| 2/1/2012 12:10:53 AM | PLRA Payment | ($5.23) | FCAAD061 | 2122 | $19.52 |
| 2/1/2012 12:10:53 AM | PLRA Payment | ($5.23) | FCAAD063 | 2121 | $24.75 |
| 2/1/2012 12:10:53 AM | PLRA Payment | ($0.49) | FBUXD008 | 2120 | $29.98 |
| 2/1/2012 12:10:53 AM | Debt Encumbrance - Released | $0.03 | GBUXD010 - 3003 | | |
| 2/1/2012 12:10:53 AM | Debt Encumbrance - Released | $5.23 | FBUXD009 - 3002 | | |
| 2/1/2012 12:10:53 AM | Debt Encumbrance - Released | $5.23 | FBUXD008 - 3001 | | |
| 2/1/2012 12:10:53 AM | Debt Encumbrance - Released | $5.23 | FCAAD063 - 3000 | | |
| 2/1/2012 12:10:53 AM | Debt Encumbrance - Released | $5.23 | FCAAD061 - 2999 | | |
| 2/1/2012 12:10:53 AM | Debt Encumbrance - Released | $5.23 | FCAAD043 - 2998 | | |
| 1/6/2012 12:01:04 PM | Debt Encumbrance | ($0.03) | GBUXD010 - 3003 | | |
| 1/6/2012 12:01:04 PM | Debt Encumbrance | ($5.23) | FBUXD009 - 3002 | | |
| 1/6/2012 12:01:04 PM | Debt Encumbrance | ($5.23) | FBUXD008 - 3001 | | |
| 1/6/2012 12:01:04 PM | Debt Encumbrance | ($5.23) | FCAAD063 - 3000 | | |
| 1/6/2012 12:01:04 PM | Debt Encumbrance | ($5.23) | FCAAD061 - 2999 | | |
| 1/6/2012 12:01:04 PM | Debt Encumbrance | ($5.23) | FCAAD043 - 2998 | | |
| 1/6/2012 12:01:04 PM | Payroll - IPP | $26.18 | LIPP1211 | | $30.47 |
| 1/1/2012 7:35:32 AM | TRUL Withdrawal | ($10.00) | TL0101 | | $4.29 |
| 1/1/2012 12:10:51 AM | PLRA Payment | ($5.23) | FCAAD043 | 1620 | $14.29 |
| 1/1/2012 12:10:51 AM | PLRA Payment | ($5.23) | FCAAD061 | 1619 | $19.52 |
| 1/1/2012 12:10:51 AM | PLRA Payment | ($5.23) | FCAAD063 | 1618 | $24.75 |
| 1/1/2012 12:10:51 AM | PLRA Payment | ($1.09) | FBUXD008 | 1617 | $29.98 |
| 1/1/2012 12:10:51 AM | Debt Encumbrance - Released | $0.03 | GBUXD010 - 2364 | | |
| 1/1/2012 12:10:51 AM | Debt Encumbrance - Released | $5.23 | FBUXD009 - 2363 | | |
| 1/1/2012 12:10:51 AM | Debt Encumbrance - Released | $5.23 | FBUXD008 - 2362 | | |
| 1/1/2012 12:10:51 AM | Debt Encumbrance - Released | $5.23 | FCAAD063 - 2361 | | |
| 1/1/2012 12:10:51 AM | Debt Encumbrance - Released | $5.23 | FCAAD061 - 2360 | | |
| 1/1/2012 12:10:51 AM | Debt Encumbrance - Released | $5.23 | FCAAD043 - 2359 | | |
| 12/11/2011 9:15:55 AM | Phone Withdrawal | ($1.00) | TFN1211 | | $31.07 |
| 12/9/2011 11:22:00 AM | TRUL Withdrawal | ($2.00) | TL1209 | | $32.07 |
| 12/8/2011 4:27:32 PM | FRP Quarterly Pymt | $0.00 | LFRP1211 | | $34.07 |
| 12/8/2011 4:25:43 PM | Debt Encumbrance | ($0.03) | GBUXD010 - 2364 | | |
| 12/8/2011 4:25:43 PM | Debt Encumbrance | ($5.23) | FBUXD009 - 2363 | | |
| 12/8/2011 4:25:43 PM | Debt Encumbrance | ($5.23) | FBUXD008 - 2362 | | |
| 12/8/2011 4:25:43 PM | Debt Encumbrance | ($5.23) | FCAAD063 - 2361 | | |
| 12/8/2011 4:25:43 PM | Debt Encumbrance | ($5.23) | FCAAD061 - 2360 | | |
| 12/8/2011 4:25:43 PM | Debt Encumbrance | ($5.23) | FCAAD043 - 2359 | | |

| Date/Time | Description | Amount | Reference | | Balance |
|---|---|---|---|---|---|
| 12/8/2011 4:25:43 PM | Payroll - IPP | $26.18 | LIPP1111 | | $34.07 |
| 12/8/2011 9:43:27 AM | PLRA Payment | $3.40 | 1009-V | | $7.89 |
| 12/8/2011 9:40:27 AM | PLRA Payment | $0.20 | 1008-V | | $4.49 |
| 12/2/2011 6:15:37 PM | TRUL Withdrawal | ($5.00) | TL1202 | | $4.29 |
| 12/1/2011 6:36:05 AM | TRUL Withdrawal | ($5.00) | TL1201 | | $9.29 |
| 12/1/2011 12:10:57 AM | PLRA Payment | ($3.40) | FCAAD043 | 1010 | $14.29 |
| 12/1/2011 12:10:57 AM | PLRA Payment | ($3.40) | FCAAD061 | 1009 | $17.69 |
| 12/1/2011 12:10:57 AM | PLRA Payment | ($0.20) | FCAAD062 | 1008 | $21.09 |
| 12/1/2011 12:10:57 AM | Debt Encumbrance - Released | $3.40 | FBUXD008 - 1328 | | |
| 12/1/2011 12:10:57 AM | Debt Encumbrance - Released | $3.40 | FCAAD063 - 1327 | | |
| 12/1/2011 12:10:57 AM | Debt Encumbrance - Released | $3.40 | FCAAD062 - 1326 | | |
| 12/1/2011 12:10:57 AM | Debt Encumbrance - Released | $3.40 | FCAAD061 - 1325 | | |

1 2 3

## All Transactions

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 05711068 | Current Institution: | Forrest City - FCC |
| Inmate Name: | BANKS, FREDERICK | Housing Unit: | FOR-H-B |
| Report Date: | 02/02/2012 | Living Quarters: | H06-121L |
| Report Time: | 9:20:17 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 9/15/2011 3:16:27 AM | Debt Encumbrance | ($1.00) | JICD0410 - 9596 | | |
| 9/15/2011 3:16:27 AM | Debt Encumbrance | ($0.60) | HICD0508 - 9595 | | |
| 9/15/2011 3:16:27 AM | Debt Encumbrance | ($2.61) | FCAAD056 - 9594 | | |

1 2 3

# All Transactions

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 05711068 | Current Institution: | Forrest City - FCC |
| Inmate Name: | BANKS, FREDERICK | Housing Unit: | FOR-H-B |
| Report Date: | 02/02/2012 | Living Quarters: | H06-121L |
| Report Time: | 9:26:48 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 12/1/2011 12:10:57 AM | Debt Encumbrance - Released | $3.40 | FCAAD043 - 1324 | | |
| 11/8/2011 2:47:35 PM | Debt Encumbrance | ($3.40) | FBUXD008 - 1328 | | |
| 11/8/2011 2:47:35 PM | Debt Encumbrance | ($3.40) | FCAAD063 - 1327 | | |
| 11/8/2011 2:47:35 PM | Debt Encumbrance | ($3.40) | FCAAD062 - 1326 | | |
| 11/8/2011 2:47:35 PM | Debt Encumbrance | ($3.40) | FCAAD061 - 1325 | | |
| 11/8/2011 2:47:35 PM | Debt Encumbrance | ($3.40) | FCAAD043 - 1324 | | |
| 11/8/2011 2:47:35 PM | Payroll - IPP | $17.00 | LIPP1011 | | $21.29 |
| 11/1/2011 6:18:53 AM | TRUL Withdrawal | ($10.00) | TL1101 | | $4.29 |
| 11/1/2011 12:10:36 AM | PLRA Payment | ($1.76) | FCAAD043 | 536 | $14.29 |
| 11/1/2011 12:10:36 AM | Debt Encumbrance - Released | $0.01 | FBUXD009 - 288 | | |
| 11/1/2011 12:10:36 AM | Debt Encumbrance - Released | $2.35 | FBUXD008 - 287 | | |
| 11/1/2011 12:10:36 AM | Debt Encumbrance - Released | $2.35 | FCAAD063 - 286 | | |
| 11/1/2011 12:10:36 AM | Debt Encumbrance - Released | $2.35 | FCAAD062 - 285 | | |
| 11/1/2011 12:10:36 AM | Debt Encumbrance - Released | $2.35 | FCAAD061 - 284 | | |
| 11/1/2011 12:10:36 AM | Debt Encumbrance - Released | $2.35 | FCAAD043 - 283 | | |
| 10/6/2011 2:44:21 PM | Debt Encumbrance | ($0.01) | FBUXD009 - 288 | | |
| 10/6/2011 2:44:21 PM | Debt Encumbrance | ($2.35) | FBUXD008 - 287 | | |
| 10/6/2011 2:44:21 PM | Debt Encumbrance | ($2.35) | FCAAD063 - 286 | | |
| 10/6/2011 2:44:21 PM | Debt Encumbrance | ($2.35) | FCAAD062 - 285 | | |
| 10/6/2011 2:44:21 PM | Debt Encumbrance | ($2.35) | FCAAD061 - 284 | | |
| 10/6/2011 2:44:21 PM | Debt Encumbrance | ($2.35) | FCAAD043 - 283 | | |
| 10/6/2011 2:44:21 PM | Payroll - IPP | $11.76 | LIPP0911 | | $16.05 |
| 10/1/2011 7:00:57 AM | TRUL Withdrawal | ($10.00) | TL1001 | | $4.29 |
| 10/1/2011 12:10:34 AM | PLRA Payment | ($4.00) | FCAAD043 | 5 | $14.29 |
| 10/1/2011 12:10:34 AM | PLRA Payment | ($4.00) | FCAAD061 | 4 | $18.29 |
| 10/1/2011 12:10:34 AM | PLRA Payment | ($2.00) | FCAAD062 | 3 | $22.29 |
| 10/1/2011 12:10:34 AM | Debt Encumbrance - Released | $2.00 | FBUXD008 - 9788 | | |
| 10/1/2011 12:10:34 AM | Debt Encumbrance - Released | $2.00 | FCAAD063 - 9787 | | |
| 10/1/2011 12:10:34 AM | Debt Encumbrance - Released | $2.00 | FCAAD062 - 9786 | | |
| 10/1/2011 12:10:34 AM | Debt Encumbrance - Released | $2.00 | FCAAD061 - 9785 | | |
| 10/1/2011 12:10:34 AM | Debt Encumbrance - Released | $2.00 | FCAAD043 - 9784 | | |
| 10/1/2011 12:10:34 AM | Debt Encumbrance - Released | $2.00 | FBUXD008 - 9630 | | |
| 10/1/2011 12:10:34 AM | Debt Encumbrance - Released | $2.00 | FCAAD063 - 9629 | | |
| 10/1/2011 12:10:34 AM | Debt Encumbrance - Released | $2.00 | FCAAD062 - 9628 | | |
| 10/1/2011 12:10:34 AM | Debt Encumbrance - Released | $2.00 | FCAAD061 - 9627 | | |

| Date | Description | Amount | Reference | Balance |
|---|---|---|---|---|
| 10/1/2011 12:10:34 AM | Debt Encumbrance - Released | $2.00 | FCAAD043 - 9626 | |
| 9/25/2011 5:03:28 AM | Debt Encumbrance | ($2.00) | FBUXD008 - 9788 | |
| 9/25/2011 5:03:28 AM | Debt Encumbrance | ($2.00) | FCAAD063 - 9787 | |
| 9/25/2011 5:03:28 AM | Debt Encumbrance | ($2.00) | FCAAD062 - 9786 | |
| 9/25/2011 5:03:28 AM | Debt Encumbrance | ($2.00) | FCAAD061 - 9785 | |
| 9/25/2011 5:03:28 AM | Debt Encumbrance | ($2.00) | FCAAD043 - 9784 | |
| 9/25/2011 5:03:28 AM | Lockbox - CD | $10.00 | 70192602 | $24.29 |
| 9/15/2011 11:38:32 AM | Debt Encumbrance | ($2.00) | FBUXD008 - 9630 | |
| 9/15/2011 11:38:32 AM | Debt Encumbrance | ($2.00) | FCAAD063 - 9629 | |
| 9/15/2011 11:38:32 AM | Debt Encumbrance | ($2.00) | FCAAD062 - 9628 | |
| 9/15/2011 11:38:32 AM | Debt Encumbrance | ($2.00) | FCAAD061 - 9627 | |
| 9/15/2011 11:38:32 AM | Debt Encumbrance | ($2.00) | FCAAD043 - 9626 | |
| 9/15/2011 11:38:32 AM | Lockbox - CD | $10.00 | 70191901 | $14.29 |
| 9/15/2011 3:16:27 AM | Transfer - In from TRUFACS | $4.29 | TX091511 | $4.29 |
| 9/15/2011 3:16:27 AM | Debt Encumbrance | ($0.08) | KICD1210 - 9597 | |

1 2 3